No. 737.—JAMES G. PARKERSON *v.* JAMES M. GRUNDY et al.

In the examination of an appeal taken from an order of seizure and sale the appellate court can only determine whether the evidence presented to the judge *a quo* is sufficient to authorize the fiat.

APPEAL from the Third Judicial District Court, parish of St. Mary. *Train,* J. *J. J. Olivier,* for plaintiff and appellee. *D. Caffery,* for defendants and appellants.

LUDELING, C. J. This is an appeal from an order of seizure and sale.

It has been settled by repeated decisions that the only question which can be examined on appeal, in such a case, is, whether or not the evidence before the judge would authorize the fiat.

In the case at bar the authentic act of mortgage and the note, annexed to the petition, fully authorized the order of seizure and sale.

It is therefore ordered that the judgment be affirmed and that the appellants pay the costs of this appeal.